**Order entered November 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01124-CR

**JAIME FALFAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F-1271690-X**

## ORDER

The Court **GRANTS** appellant's November 25, 2013 motion to extend time to file his brief. We **ORDER** the appellant's brief received on November 25, 2013 filed as of the date of this order.

/s/    DAVID EVANS
        JUSTICE